UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GEORGE HINOJOSA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, SATF/SP,<br><br>　　　　　Respondent. | No.  2:22-cv-1780 KJM DB P<br><br><br>ORDER |

Non-party filer Joshua Davis Bland has requested an extension of time to file objections to the April 10, 2023, findings and recommendations on behalf of petitioner. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Petitioner's request for an extension of time is granted;

　　2. Petitioner shall file objections to the April 10, 2023, findings and recommendations within thirty days from the date of this order; and

　　3. The Clerk of the Court is directed to service a copy of this order on both Petitioner and Mr. Joshua Davis Bland, P-29302, as Kern Valley State Prison.

Dated: May 1, 2023

　　　　　　　　　　　　　　　　　　/s/DEBORAH BARNES
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/hino1780.111